UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

CHRISTIE ELIZABETH JOYNER    )
           Plaintiff,    )
                   )
v.                    )     **JUDGMENT**
                   )
                   )     No. 4:24-CV-2-FL
COMMISSIONER OF SOCIAL SECURITY)
           Defendant.    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and costs.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 23, 2024, it is ordered that defendant pay to plaintiff $3,350.00 in attorney's fees in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412, plus reimbursement of $405.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on July 23, 2024, and Copies To:**
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Wanda Mason (via CM/ECF Notice of Electronic Filing)

July 23, 2024               PETER A. MOORE, JR., CLERK


                          /s/ Sandra K. Collins
                       (By) Sandra K. Collins, Deputy Clerk